Order issued October 10, 2012

''0437



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00504-CR

**MICHAEL JOSHUA BUSCHARDT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

On August 13, 2012, the Court abated this appeal. On the Court's own motion, we **REINSTATE** this appeal.

Before the Court is appellant's unopposed motion for leave to file an amended brief, which was filed on October 5, 2012. After reviewing appellant's motion, we believe appellant requests leave to file a supplemental brief. We **GRANT** appellant's motion to file a supplemental brief addressing the additional authority and argument that were not included in appellant's original brief. The supplemental brief shall be no more than ten pages and must be submitted no later than November 2, 2012.

JIM MOSELEY
PRESIDING JUSTICE